**SEALED**

FILED
U.S DISTRICT COURT
EASTERN DISTRICT OF LA.

2018 OCT -5 P 4:24

WILLIAM W. BLEVINS
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA



BILL OF INFORMATION FOR VIOLATIONS OF
THE FEDERAL CONTROLLED SUBSTANCES ACT AND MONEY LAUNDERING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. **18-211** |
| v. | * | SECTION: **SECT. R MAG 5** |
| KEITH WILKINSON, RPh | * | VIOLATION: 21 U.S.C. § 846 |
| | | 21 U.S.C. § 841(a)(1) |
| | * | 18 U.S.C. § 1957 |
| | | 18 U.S.C. § 2 |

*   *   *

The United States Attorney charges that:

### COUNT 1

Beginning at a time unknown, but prior to 2014, and continuing until the filing of this Bill of Information, in the Eastern District of Louisiana and elsewhere, the defendant, **KEITH WILKINSON, PRh**, and others known and unknown, did knowingly and intentionally combine, conspire, confederate, and agree with each other and with other persons to dispense, outside the scope of professional practice and not for a legitimate medical purpose, quantities of Adderall, Fentanyl, Hydrocodone, Hydromorphone, Oxycodone, Oxymorphone, Methadone, and

```
✓ Fee   USA
__ Process_____
X  Dktd_____
__ CtRmDep_____
__ Doc. No.____
```

Morphine, Schedule II drug controlled substances, and Hydrocodone/Acetaminophen, a Schedule III drug controlled substance until October 6, 2014, thereafter, a Schedule II drug controlled substance, and Alprazolam, Carisoprodol, Clonazepam, Diazepam, Lorazepam, Phentermine, and Tramadol, Schedule IV drug controlled substances, and Guaifenesin-Codeine and Promethazine-Codeine, Schedule V drug controlled substances, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846.

## COUNT 2

In or about May, 2017, and continuing to in or about May, 2018, in the Eastern District of Louisiana, the defendant, **KEITH WILKINSON, RPh**, did knowingly engage, attempt to engage, and aid and abet others in engaging in monetary transactions by, through, and to a financial institution, affecting interstate or foreign commerce, in criminally derived property of a value greater than $10,000, that is, the transfer of funds from Merrill Lynch investment accounts to other financial accounts, such funds having been derived from a specified unlawful activity, that is, a conspiracy to illegally dispense controlled substances; in violation Title 21, United States Code, Section 846, all in violation of Title 18, United States Code, Sections 1957 and 2.

## NOTICE OF DRUG FORFEITURE

1.  The allegations of Count 1 of this Bill of Information are realleged and incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853.

2.  As a result of the offenses alleged in Count 1, **KEITH WILKINSON, PRh**, shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any and all

property constituting or derived from any proceeds the defendant obtained directly or indirectly as a result of the said violations and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violation alleged in Count 1 of this Bill of Information, including but not limited to:

$993,070.35 U.S. Currency seized from Regions Bank Account Number: 112809160, in the name of Wilkinson Family Pharmacy, LLC;

$78,683.33 U.S. Currency seized from Regions Bank Account Number: 185679186, in the name of Keith D. Wilkinson and Jimmy Lee Wilkinson;

$13,740.62 U.S. Currency seized from Regions Bank Account Number: 179852882, in the name of MW Holdings, LLC;

$13,967.22 U.S. Currency seized from Regions Bank Account Number: 246449221, in the name of Keith D. Wilkinson and Nguyet T. Nguyen;

$3,803.81 U.S. Currency seized from Regions Bank Account Number: 246104933, in the name of Keith D. Wilkinson and Nguyet T. Nguyen;

Any and all cash accounts, money funds, stocks, bonds, commodities, securities and/or other items of value or the liquidated value thereof in the name of held on behalf of Keith D. Wilkinson, in the possession of Merrill Lynch Cash Management, Account Number: 59426281;

Real Property described as follows: A certain lot or parcel of ground, together with all buildings and improvements thereon, and all rights, ways, privileges, servitudes, appurtenances and advantages thereunto belonging or in anywise appertaining, situated in the Parish of St. Bernard, State of Louisiana, in Jumonville North Subdivision, in the square bounded by Rue Marcelle, Genie Street, Villere Trace and Rue Chenal, designated as Lot 19 on survey by Stephen V. Estopinal P.E., P.L.S., dated October 2, 1998, revised January 29, 2003, revised November 26, 2003, revised December 15, 2003, last revised June 7, 2005 attached to the resolution granting final approval to Jumonville North Subdivision recorded in the Parish of St. Bernard C.O.B. 782 folio 452; said Lot 19 commences 335.31' from northwest corner of Rue Marcelle and Tract Street and measures thence 70.00' front on Rue Marcelle, same width in rear, by a depth of 160.00' between equal and parallel lines.
AND
A certain lot or parcel of ground, together with all the buildings and improvements thereon, and all rights, ways, privileges, servitudes, appurtenance and advantages thereunto belonging or in anywise

appertaining, situated in the Parish of St. Bernard, State of Louisiana, in Jumonville North Subdivision, in the square bounded by Rue Marcelle, Genie Street, Villere Trace and Rue Chenal, designated as Lot 20 on survey by Stephen V. Estopinal P.E., P.L.S., dated October 2, 1998, revised January 29, 2003, revised November 26, 2003, revised December 15, 2003, last revised June 7, 2005 attached to the resolution granting final approval to Jumonville North Subdivision recorded in the Parish of St. Bernard C.O.B. 782 folio 452; said Lot 20 commences 405.31' feet from northwest corner of Rue Marcelle and Tracy Street and measures thence 70.00' front on Rue Marcelle, same width in rear, by a depth of 160.00' between equal and parallel lines. The improvements thereon bear the municipal number: 3200 Rue Marcelle, Meraux, Louisiana;

Real Property described as follows: One certain lot of ground, together with all the buildings and improvements thereon, and with all of the rights, ways, privileges, servitudes and appurtenances, thereunto belonging or in anywise appertaining, situated at Delacroix Island, on the left descending side of Bayou Terre Aux Boeufs, in the Parish of St. Bernard, State of Louisiana, and being in that part of the said Delacroix Island which is delineated as the Fernandez Subdivision of Delacroix Island, on a map or plat thereof made by W. A. Blalock. C.E., in February 1919, a blue print of which is annexed in the margin of an Act of Sale by Wm. P. Langworthy to Manuel Molero before Frank Wm. Hart, notary of New Orleans, on the 11th day of August, 1920 and according to which said map or plat, the lot herein conveyed is designated by the number Seventy-nine (79) and measures Forty (40") feet front on the left descending side of the said Bayou Terre Aux Boeufs, and having a depth of One Hundred and Fifty (150') feet and is located in Section 37, Township 15 South, Range 14 East in the Southeastern Land District of Louisiana, East of the Mississippi River. The improvements thereon bear the municipal number: 5404-5405 Delacroix Highway, St. Bernard, Louisiana.

3. If any of the property subject to forfeiture pursuant to Paragraph 2 of this Notice of Forfeiture, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third person;

    c.    has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminished in value; or

  e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

  All in violation of Title 21, United States Code, Section 853.

## NOTICE OF MONEY LAUNDERING FORFEITURE

  1. The allegations of Count 2 of this Bill of Information are realleged and incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 18, United States Code, Section 982.

  2. As a result of the offense, alleged in Count 2, defendant, **KEITH WILKINSON, RPh,** shall forfeit to the United States all property real or personal, involved in the aforesaid offenses and all property traceable to such property which was involved in the said violations of Title 18, United States Code, Sections 1957 and 982. The government specifically provides notice of its intent to seek a personal money judgment against the defendant in the amount of the fraudulently-obtained proceeds.

  3. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

  a. cannot be located upon the exercise of due diligence;

  b. has been transferred or sold to, or deposited with, a third person;

  c. has been placed beyond the jurisdiction of the Court;

  d. has been substantially diminished in value; or

      e.    has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 18, United States Code, Section 982(b)(1) to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

      All in violation of Title 18, United States Code, Section 982.

                                      PETER G. STRASSER
                                      UNITED STATES ATTORNEY

                                      JOHN F. MURPHY
                                      Assistant United States Attorney

New Orleans, Louisiana
October 5, 2018

No. _____

# United States District Court

## FOR THE
### EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

vs.

KEITH WILKINSON, RPh

## BILL OF INFORMATION
### FOR VIOLATION OF THE FEDERAL CONTROLLED SUBSTANCES ACT AND MONEY LAUNDERING

Violation(s):  21 USC § 846
21 USC § 841(a)(1)
18 USC § 1957
18 USC § 2

Filed _____, 20 18

_____, Clerk.

By _____, Deputy

_[signature]_
John F. Murphy
Assistant United States Attorney