PER 18 U.S.C. 3170

**DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT**

BY: ☑ INFORMATION ☐ INDICTMENT

Matter Sealed: ☐ Juvenile ☐ Other than Juvenile

☐ Pre-Indictment Plea ☐ Superseding ☐ Defendant Added

☐ Indictment ☐ Charges/Counts Added

☐ Information

Name of District Court, and/or Judge/Magistrate Location (City)

UNITED STATES DISTRICT COURT EASTERN
DISTRICT OF LOUISIANA Divisional Office

Name and Office of Person Furnishing Information on THIS FORM: Donna V. Knight

☒ U.S. Atty ☐ Other U.S. Agency

Phone No. (504) 680-3000

Name of Asst. U.S. Attorney (if assigned): John F. Murphy

CASE NO. 18-211

USA vs.

Defendant: KEITH WILKINSON, RPh

Address: SECT. P MAG 5

☐ Interpreter Required Dialect:

Birth Date 1975

☑ Male ☐ Female

☐ Alien (if applicable)

Social Security Number xxx-xx-4673

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)

D.E.A.

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:

☐ U.S. Atty ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

SHOW DOCKET NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

MAG. JUDGE CASE NO.

Place of offense: St. Bernard Parish County

**DEFENDANT**

Issue: ☐ Warrant ☑ Summons

Location Status:

Arrest Date ____ or Date Transferred to Federal Custody ____

☐ Currently in Federal Custody

☐ Currently in State Custody

☐ Writ Required

☐ Currently on bond

☐ Fugitive

Defense Counsel (if any): Patrick Fanning

☐ FPD ☐ CJA ☑ RET'D

☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

**OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS**

Total # of Counts 2 (for this defendant only)

| Offense Level (1, 3, 4) | Title & Section/ (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 4 | 21: 841(a)(1) and 21:846 | Conspiracy to dispense quantities of controlled substances | 1 |
| 4 | 18:1957 and 18:2 | Money laundering | 2 |
| | | | |
| | | | |
| | | | |