# *NO MAGISTRATE PAPERS WERE FOUND*

## *For*

## NAME: <u>KEITH WILKINSON, RPh</u>

## Initials: DAS

*SEALED*