PS 8
(9/13)

**SEALED**

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF LOUISIANA

U.S.A. vs. Keith Wilkinson                                          Docket No. 2:18-211M-1

Petition for Action on Conditions of Pretrial Release

COMES NOW Jessica A. Homann, PROBATION OFFICER, presenting an official report upon the conduct of defendant Keith Wilkinson, who was placed under pretrial release supervision by the Honorable Michael B. North sitting in the Court at New Orleans, Louisiana, on October 23, 2018, under the following conditions: $25,000 unsecured appearance bond, with the following conditions: 1) Submit to supervision by the U.S. Probation Office; 2) Surrender all passports and do not obtain a new passport or any other international travel documents; 3) Travel restricted to the Continental United States 4) Report all contact with law enforcement to U.S. Probation as soon as possible; 5) No contact with any victims, witnesses or co-defendants.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

On 11/08/2018, the defendant was arrested and charged with 1) Conspiracy to Possess Oxycodone 2) Possession of Oxycodone 3) Possession of Suboxone 4) Possession of a Firearm while in Possession of a Controlled Dangerous Substance. On 11/09/2018, the defendant appeared before Judge Jones 34th Judicial District Court and bond was set at $60,000 cash or commercial surety. No docket number or future court date has been set. A police report is currently unavailable.

PRAYING THAT THE COURT WILL ORDER A **WARRANT ISSUE** AND A HEARING BE HELD TO SHOW CAUSE WHY THE DEFENDANT'S BOND SHOULD NOT BE REVOKED.

**COPIES ARE TO BE DISTRIBUTED ONLY TO THE U.S. MARSHALS AND PROBATION OFFICE**

ORDER OF COURT

Considered and ordered this _____ day of _Nov._, 20_18_ and ordered filed and made a part of the records in the above case.

_____
U.S. Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     11/09/2018

*Jessica A. Homann*
(O)504-589-3205 (C)504-439-2136
_____
U.S. Probation Officer

Place: New Orleans, Louisiana



CLERK'S OFFICE
A TRUE COPY
Nov 09 2018
Deputy Clerk, U.S. District Court
Eastern District Of Louisiana
New Orleans, LA