UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET NO. 18-211 |
| v. | * | SECTION: "D" |
| KEITH WILKINSON, RPH | * | |

\* \* \*

## FORFEITURE AGREEMENT

**NOW INTO COURT** come the United States of America, by and through the undersigned Assistant United States Attorney, the defendant, Keith Wilkinson, RPh, individually and by and through undersigned counsel, and Pamela Wilkinson, who hereby stipulate and agree to the following:

1. Keith Wilkinson, RPh, and Pamela Wilkinson (hereinafter, "owners") each agree to forfeit and hereby forfeit to the United States any and all right, title, and interest in the following properties (hereinafter referred to collectively as the "properties"):

    a. A 2018 ES Custom Boats 25-foot boat, HIN: ESC25328A818, and all appurtenances thereto, including but not limited to a 2018 Racing 400R SM 1.75 motor, SN: 26576818;

    b. A 2018 Coastline boat trailer, VIN: 555C1BV22JS000887, and all appurtenances thereto.

2. Owners stipulate and agree that the properties constitute or are derived from proceeds obtained directly or indirectly as a result of violations of Title 21, United States Code, Sections 841 and 846.

3. Owners consent to the seizure of the properties for forfeiture by the United States Drug Enforcement Agency or United States Marshal at any time.

4. Owners consent and agree to the forfeiture of the properties in any administrative, civil, or criminal proceeding, and agree not to contest the forfeiture of the properties in any proceeding.

5. Owners consent to the filing of a motion for a preliminary order forfeiting the properties to the United States in the above-captioned proceeding.

6. Owners consent and agree to the sale of the properties at any time, including by interlocutory sale, and owners further consent to the filing of a motion for interlocutory sale of the properties.

REVIEWED AND AGREED:

PETER G. STRASSER
UNITED STATES ATTORNEY

_____ 6-6-19 _____ 6/6/19
MICHAEL B. REDMANN  (date) KEITH WILKINSON, RPh  (date)
Assistant United States Attorney

_____ 6-6-19
PATRICK FANNING  (date)
Counsel for Keith Wilkinson, RPh

_____ 6-19-19
PAMELA WILKINSON  (date)