UNITED STATES DISTRICT COURT  **SEALED**<br>EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 18-211 |
| v. | * | SECTION: "D" |
| KEITH WILKINSON | * | |

*   *   *

# O R D E R

Considering the foregoing unopposed motion filed by the Government;

**IT IS HEREBY ORDERED** that the sentencing of the defendant, **KEITH WILKINSON**, be continued until the 18th day of August, 2020, at 3:00 p.m.

New Orleans, Louisiana, this __6th__ day of May, 2020.

_____<br>
HONORABLE WENDY B. VITTER<br>
UNITED STATES DISTICT JUDGE