UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA



| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO. 18-211-WBV-MBN** |
| **KEITH WILKINSON** | **SECTION D (5)** |

### ORDER

Defendant Keith Wilkinson moves to continue his sentencing (R. Doc. 60). The Government has no objection to defendant's motion to continue the sentencing. The Court therefore GRANTS R. Doc. 60 and continues the sentencing date.

**IT IS HEREBY ORDERED** that the sentencing date currently set for August 18, 2020, is RESET for December 8, 2020, at 2:00 p.m.

New Orleans, Louisiana, August 5, 2020.

_____
**WENDY B. VITTER**
**UNITED STATES DISTRICT JUDGE**