UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA



| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 18-211 |
| KEITH WILKINSON | SECTION D (5) |

## ORDER

Pursuant to 28 U.S.C. § 455(a), the undersigned hereby recuses herself from handling this matter.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court reallot this matter to another section of this Court.

New Orleans, Louisiana, May 24, 2021.

_____
**WENDY B. VITTER**
**UNITED STATES DISTRICT JUDGE**

5/24/21
REALLOTTED TO
**SECT. F**