MINUTE ENTRY
MILAZZO, J.
April 14, 2023

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO: 18-211** |
| **KEITH WILKINSON** | **SECTION "H"** |

## MINUTE ENTRY

On April 14, 2023, the Court held a status conference. Patrick Fanning and Paul Tabary participated on behalf of Defendant; Kathryn McHugh participated on behalf of the Government. The parties discussed Defendant's sentencing.

**IT IS ORDERED** that Defendant Keith Wilkinson's Sentencing is **RESET** for May 24, 2023 at 9:30a.m.



(JS-10:20)