# SEALED

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 18-211 |
| VERSUS | SECTION "H" |
| KEITH WILKINSON, RPh | VIOLATION: 21:846, 18:1957, 18:2 |

### RE-NOTICE OF SENTENCING (from 4/12/23)

Take Notice that this criminal case has been RESET for Sentencing on **MAY 24, 2023 at 9:30 a.m.**, before DISTRICT JUDGE JANE TRICHE MILAZZO, Federal Court House Building, Courtroom C224, 500 Poydras Street, New Orleans, LA 70130.

**\*\*IMPORTANT NOTE: PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING\*\***

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

| | |
|---|---|
| DATE: April 21, 2023 | CAROL L. MICHEL, CLERK |
| | by: **Sherry Adams** |
| TO: | **Case Manager** |
| Keith Wilkinson **(In Custody)** | |
| | **AUSA:** |
| | John F. Murphy |
| **COUNSEL FOR DEFENDANT** | Kathryn M McHugh |
| Patrick J. Fanning | Michael B. Redmann |
| Paul A. Tabary, III | john.murphy2@usdoj.gov |
| pfanninglaw@aol.com | kathryn.mchugh@usdoj.gov |
| patabary@dst-law.com | michael.redmann@usdoj.gov |
| | |
| If you change address, | U.S. Marshal |
| notify Clerk of Court | |
| by phone, 504-589-7600 | Judge Milazzo |
| | |
| | Magistrate Judge |
| | |
| | U.S. Probation Office - U.S. Pretrial Services |
| | |
| | FOREIGN LANGUAGE INTERPRETER: |
| | |
| | __NONE__ |