UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA



| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 18-211 |
| v. | * | SECTION: "H" |
| KEITH WILKINSON, RPh | * | |

\* \* \*

## MOTION AND INCORPORATED
## MEMORANDUM TO UNSEAL THE CASE

**NOW INTO COURT** comes the United States of America, appearing herein through the undersigned Assistant United States Attorney to move this Honorable Court to UNSEAL the above-captioned case. The Government requests this unsealing because the relevant reason for sealing the matter is no longer necessary and the unsealing will aid in the forfeiture process. The defense has no objection to unsealing this case.

Respectfully,

DUANE A. EVANS
UNITED STATES ATTORNEY

_/s/_ Edward Rivera
for K.M.

KATHRYN M. MCHUGH
Assistant United States Attorney
U.S. Attorney's Office (E.D. La.)
650 Poydras Street, Suite 1600
New Orleans, Louisiana 70130
Telephone: (504) 680-3043
E-mail: kathryn.mchugh@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on April 19, 2023, a copy of the foregoing has been served upon counsel for defendant by hand delivery and/or email.

_____
KATHRYN M. MCHUGH
Assistant United States Attorney