# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 18-CR-00211** |
| v. | * | SECTION: "D" |
| **KEITH WILKINSON, RPh** | * | JUDGE: WENDY B. VITTER |
| * * * | | |

## NOTICE OF LIS PENDENS

**NOTICE IS HEREBY GIVEN** that the United States of America has filed a Preliminary Order of Forfeiture in the above-captioned matter, and intends to seek criminal forfeiture of the following property:

> Real Property described as follows: A certain lot or parcel of ground, together with all buildings and improvements thereon, and all rights, ways, privileges, servitudes, appurtenances and advantages thereunto belonging or in anywise appertaining, situated in the Parish of St. Bernard, State of Louisiana, in Jumonville North Subdivision, in the square bounded by Rue Marcelle, Genie Street, Villere Trace and Rue Chenal, designated as Lot 19 on survey by Stephen V. Estopinal P.E., P.L.S., dated October 2, 1998, revised January 29, 2003, revised November 26, 2003, revised December 15, 2003, last revised June 7, 2005 attached to the resolution granting final approval to Jumonville North Subdivision recorded in the Parish of St. Bernard C.O.B. 782 folio 452; said Lot 19 commences 335.31' from northwest corner of Rue Marcelle and Tract Street and measures thence 70.00' front on Rue Marcelle, same width in rear, by a depth of 160.00' between equal and parallel lines.
> AND
> A certain lot or parcel of ground, together with all the buildings and improvements thereon, and all rights, ways, privileges, servitudes, appurtenance and advantages thereunto belonging or in anywise appertaining, situated in the Parish of St. Bernard, State of Louisiana, in Jumonville North Subdivision, in the square bounded by Rue Marcelle, Genie Street, Villere Trace and Rue Chenal, designated as Lot 20 on survey by Stephen V. Estopinal P.E., P.L.S., dated October 2, 1998, revised January 29, 2003, revised November 26, 2003, revised December 15, 2003, last revised June 7, 2005 attached to the resolution granting final approval to Jumonville North Subdivision recorded in the Parish of St. Bernard C.O.B. 782 folio 452; said Lot 20 commences 405.31' feet

from northwest corner of Rue Marcelle and Tracy Street and measures thence 70.00' front on Rue Marcelle, same width in rear, by a depth of 160.00' between equal and parallel lines. The improvements thereon bear the municipal number: **3200 Rue Marcelle, Meraux, Louisiana**.

The above-described property is presently recorded in the name of Monica Lynn Wilkinson.

Title 21, United States Code, Section 853(k), states no party claiming an interest in property subject to forfeiture may commence an action at law or equity against the United States concerning the validity of their interest after the filing of an indictment.

Further information concerning this action may be obtained from the records of the Clerk of Court for the United States District Court in New Orleans, Louisiana.

Respectfully submitted,

DUANE A. EVANS
UNITED STATES ATTORNEY

*/s/ Alexandra Giavotella*
ALEXANDRA GIAVOTELLA  (38005)
Assistant United States Attorney
United States Attorney's Office
650 Poydras St., Suite 1600
New Orleans, LA  70130
Telephone: (504) 680-3009
Email: alexandra.giavotella@usdoj.gov