MINUTE ENTRY
MILAZZO, J.
MAY 24, 2023

JS-10 00:23

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA | CRIMINAL ACTION |
|---|---|
| VERSUS | NO: 18-211 |
| KEITH WILKINSON | SECTION "H" |

## SENTENCING
*U.S. District Judge Jane Triche Milazzo presiding*

| | |
|---|---|
| CASE MANAGER: | Sherry Adams |
| COURT REPORTER: | Alexis Vice |
| LAW CLERK: | Emmy Schroeter |
| | |
| APPEARANCES: | Kathryn McHugh, for Government |
| | Patrick J. Fanning & Paul A. Tabary, III, for Defendant |
| | Keith Wilkinson, Defendant |
| | Shalita Morgan, U.S. Probation Officer |

Court begins at 9:43 a.m.
Counsel appear for the record.
On September 3, 2019, defendant entered into a guilty plea as to Counts 1 & 2 of the Bill of Information.
Defendant and his counsel addressed the Court.
Government addressed the Court.
Defendant is sentenced as to Counts 1 & 2 of the Bill of Information.
Defendant remanded.
See Judgment and Commitment Order.
Court adjourned at 10:06 a.m.